# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HAKKASAN LV, LLC, *et al.*,

    Plaintiffs,

v.

BEN HAKIM,

    Defendant.

Case No. 2:13-CV-1544-KJD-PAL

**ORDER**

Presently before the Court is Plaintiffs' Motion for Entry of Clerk's Default (#16).  In accordance with the Court's order authorizing service via email (#9), Defendant Ben Hakim was served on September 16, 2013.  Therefore, his answer or other response was due no later than October 4, 2013.  Defendant has neither appeared nor made any filing of record in this action.  Accordingly, Plaintiffs' motion for entry of clerk's default is granted.  The Clerk of the Court shall enter Defendant's default.  Plaintiffs are hereby ordered to file their motion for default judgment within thirty (30) days of the entry of this order.

**IT IS SO ORDERED.**

DATED this 8th day of May 2014.

_____
Kent J. Dawson
United States District Judge