LAURI S. THOMPSON
Nevada Bar No. 6846
LARAINE BURRELL
Nevada Bar No. 8771
SHAUNA L. NORTON
Nevada Bar No. 11320
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
thompsonl@gtlaw.com;
burrelll@gtlaw.com
nortons@gtlaw.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LV, LLC, a Nevada limited liability company, HAKKASAN LIMITED, a foreign private limited company,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BEN HAKIM, an individual,<br><br>　　　　　Defendant. | Case No.: 2:13-cv-01544-KJD-PAL<br><br>**ORDER SETTING EXAMINATION OF JUDGMENT DEBTOR  BEN HAKIM** |

**TO:　BEN HAKIM**

**WHEREAS**, on November 5, 2014, Plaintiffs Hakkasan LV, LLC and Hakkasan Limited ("Plaintiffs") filed their Ex Parte Application for Examination of Judgment Debtor Ben Hakim ("Hakim") with this Court seeking the issuance of an order compelling Hakim, to appear at a Judgment Debtor Examination.　This Court, having reviewed the Application and the exhibits thereto, and with good cause appearing therefor:

**IT IS HEREBY ORDERED** that Judgment Debtor, BEN HAKIM, shall appear at the law offices of Greenberg Traurig, LLP, 3773 Howard Hughes Parkway, Suite 400 North, Las Vegas, Nevada 89169 on **Thursday, December 18, 2014, at 10:00 a.m**. to testify concerning his property

1   pursuant to N.R.S. §21.270.

2        **IT IS FURTHER ORDERED** that Judgment Debtor, BEN HAKIM, is forbidden in the

3   meantime from disposing of, transferring or concealing any property not exempt from execution.

4        **IT IS FURTHER ORDERED** that Judgment Debtor, BEN HAKIM, shall produce the

5   documents listed in **Exhibit 2** of Plaintiffs' Application, also attached hereto, to Plaintiffs' counsel at

6   the law offices of Greenberg Traurig, LLP, 3773 Howard Hughes Parkway, Suite 400 North, Las

7   Vegas, Nevada 89169 on or before **Thursday, December 4, 2014, at 5:00 p.m.**

8        **IT IS FURTHER ORDERED** that Judgment Debtor's failure to appear at the time and

9   place stated above may subject him to punishment for contempt of court and result in a bench

10   warrant issued for his arrest.

11        **IT IS FURTHER ORDERED** that counsel for Plaintiff shall personally serve Judgment

12   Debtor Hakin with a copy of this order no later than **November 20, 2014.**

13

14   Respectfully submitted by:             **IT IS SO ORDERED** this 7th day of

15                                             November, 2014.

16   **GREENBERG TRAURIG, LLP**

17

18   /s/ SHAUNA L. NORTON                    Peggy A. Leen

19   LAURI S. THOMPSON (Nevada Bar No. 6846)     United States Magistrate Judge
LARAINE BURRELL (Nevada Bar No. 8771)

20   SHAUNA L. NORTON (Nevada Bar No. 11320)
3773 Howard Hughes Parkway

21   Suite 400 North
Las Vegas, Nevada 89169

22   *Counsel for Plaintiffs*

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002

LV 420339096v1

# EXHIBIT 2

**EXHIBIT 2**

**LIST OF DOCUMENTS AND THINGS TO BE PRODUCED AT SUPPLEMENTAL PROCEEDING BY JUDGMENT DEBTOR**

1.      A copy of any and all documents regarding any and all real estate or other property owned by yourself. The requested documents specifically include all Deeds, Deeds of Trust, Mortgage Applications, Closing Statements, coupon books, statements of account, credit reports, title insurance policies, and all other information in any way reflecting involvement with, ownership of, or transactions regarding real estate or other property owned by Judgment Debtor.

2.      A copy of any and all Lease(s) regarding any real estate or other property not owned by Judgment Debtor but for which regular monthly lease payments are being made by Judgment Debtor.

3.      All income tax returns and any quarterly estimates of income taxes, for the last three years.

4.      All, bank statements, and canceled checks from any and all checking accounts, savings account records, safe deposit boxes and any certificates of stocks and bonds belonging to Judgment Debtor or in which Judgment Debtor has had any interest whatsoever either alone or jointly with any other person or entity for three (3) years preceding the date or this Order.

5.      If applicable, all life insurance policies now upon the life of Judgment Debtor or naming Judgment Debtor as beneficiary therein.

6.      All evidence of any and all notes, contracts, negotiable instruments, receivable whether due or not due belonging to Judgment Debtor or in which Judgment Debtor has or has had any interest whatsoever either alone or jointly with any other person or persons for three (3) years preceding the date of this Order.

7.      A list of all real property owned by Judgment Debtor and if occupied by Tenants, please state the following:

        a.      Tenants' names;
        b.      Tenants' address;
        c.      Amount of monthly rent

8.      All fire, burglary, and extended coverage insurance policies now in force upon any real estate or personal property (including copies of insurance inventories) owned by Judgment Debtor or in which Judgment Debtor has or has had any interest whatsoever either alone or jointly with any other person or persons for one (1) year preceding the date of this Order.

9.      If employed, Judgment Debtor's employer's name, salary and job title.

10.     Any and all information regarding any employment Judgment Debtor has had during the last three (3) years, including, but not limited to, employment contracts, policy manuals, benefit handbooks, and pay stubs regarding such employment, whether full-time, part-time, commissioned or otherwise.

11.     Judgment Debtor's Social Security number or tax ID number and a copy of Judgment Debtor's driver's license.

12.     All titles, bills of sale, or contracts of sale upon personal property including, but not limited to, stocks, bond, memberships, or partnership interests <u>automobiles</u>, <u>boats</u>, household goods, miscellaneous furniture and fixtures belonging to Judgment Debtor or in which Judgment Debtor has or has have had any interest (direct or indirect, beneficial or otherwise), whatsoever either alone or jointly with any other person or persons for three (3) years preceding the date of the Order.

13.     A complete inventory of all items of personal property owned by Judgment Debtor, of any nature whatsoever, including automobiles, boats, household fixtures, furnishings, appliances, and clothing, whether paid for or not. If the personal property is not in Judgment Debtor's possession and in the possession of another person, designate the name and address or the person having possession of the property.

14.     All automobile or personal property casualty or collision or all risk insurance policies presently owned by Judgment Debtor.

15.     All evidence of mining claims, patents or development work owned by Judgment Debtor or in which Judgment Debtor has or has had any interest whatsoever either alone or jointly with any other person or persons for three (3) years preceding the date of this Order.

16.     All documents which represent any trademark, trade name, copyright, or patent in which Judgment Debtor has or has had an interest.

17.     All general ledgers, accounting journals, financial statements or other financial records prepared or maintained as regards your finances during the last three (3) years.  **If Judgment Debtor is employed by, acts as an agent for, or is a partner in a business entity, the proprietor of a business entity, owns more than 10% of the stock of an incorporated business entity, or has been an officer or director of a corporation, a manager of a limited liability company, or other business entity. within the last three (3) years, Judgment Debtor is required to bring (as regards the said business entity(ies), the following documents:**

18.     Copies of all corporate Articles, Minutes, By-Laws, Stock Transfer Ledgers and other "corporation" records.

19.     Copies of any partnership or joint venture agreements and all correspondence related thereto.

20.     Copies of all tax returns for such business(es) filed within the last three (3) years.

21.     Copies of any and all documents whereby Judgment Debtor acquired or disposed of an interest in any business(es) within the last four (4) years.

22.     Copies of any employment or consulting contracts to which you or the business are a party.

23.     All bank statements for all accounts on which Judgment Debtor has been a signatory during the last three (3) years.

24.     All check books with check stubs for the last three (3) years, and any and all general ledgers or journals recording the financial activity of such business(es).

25.     Any savings account books with Judgment Debtor as signatory.

26.     Any notes owed to business(es).

27.     Copy of all accounts receivable documents, both current and for one (1) year prior to the date of this Order.

28.     A copy of any and all leases regarding any real estate or other property not owned by Judgment Debtor or the business, but for which regular monthly lease payments are being made by Judgment Debtor or on behalf of the business.

29.     A list of any and all vehicles owned by the business.

30.     All general ledgers, accounting journals, financial statements or other financial records prepared or maintained during the last three (3) years.