# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HAKKASAN LV, LLC,

    Plaintiff,

v.

BEN HAKIM,

    Defendant.

Case No. 2:13-CV-01544-KJD-PAL

**ORDER**

    Presently before the Court is Defendant Ben Hakim's *Ex Parte* Motion for Order Shortening Time for the Court to set a Hearing (#30).  The Court does not find good cause to expedite the briefing and set a hearing.[1]  Therefore, the motion is denied.  Plaintiff's briefs in opposition to the Motion to Set Aside Default and Judgment (#27), Motion to Quash Service (#28) and Motion to Dismiss (#29) are to be filed on or before January 5, 2015.  The Court further orders Defendant's reply briefs in support of his motion are to be filed no later than January 15, 2015.

---

[1] For example, while Defendant's assertion that service of the summons and complaint were not accomplished within the confines of Rule 4 of the Federal Rules of Civil Procedure may be true if his allegations are factually true, his assertion that he lacks the minimal contacts with Nevada to support the exercise of jurisdiction is most assuredly not correct if there is any basis for Plaintiff's complaint.  See, *e.g.*, Brayton Purcell LLP v. Recordon & Recordon, 606 F.3d 1124, 1128-31 (9th Cir. 2010).

Accordingly, IT IS HEREBY ORDERED that Defendant Ben Hakim's *Ex Parte* Motion for Order Shortening Time for the Court to set a Hearing (#30) is **DENIED**.

DATED this 19th day of December 2014.

_____
Kent J. Dawson
United States District Judge