UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HAKKASAN LV, LLC, et al.,<br><br>                           Plaintiffs,<br>    v.<br>BEN HAKIM,<br><br>                           Defendant. | Case No. 2:13-cv-01544-KJD-PAL<br><br>ORDER<br><br>(Mot File CMECF – (Dkt. #53) |

       The court conducted a hearing on Defendant's Motion for Pro Se Litigant to File Electronically (Dkt. #53), Plaintiff's Status Report Regarding Discovery Conference and Discovery Plan (Dkt. #56), and other miscellaneous matter. Moorea Katz appeared on behalf of Plaintiffs, and pro se Defendant Ben Hakim appeared telephonically.

       As a preliminary matter, the court addressed Defendant Hakim's motion to file electronically and advised that the motion would be granted. The court further canvassed the parties as to their discovery needs and communicating with each other about electronic discovery. A Rule 26(f) conference has not yet been conducted. As Mr. Hakim resides out of the district the court will not require an in person conference.

       Accordingly,

**IT IS ORDERED:**

    1.    The following discovery plan and scheduling order dates shall apply:

          a.    The parties shall telephonically meet and/or confer as required by Fed. R. Civ. P. 26(f) on **November 4, 2015, at 3:00 p.m.** Plaintiff's counsel shall initiate the call to Defendant. The parties shall fully comply with their initial disclosure obligations and shall address electronically stored information discovery at the conference as the court directed at the hearing.

1        b.     Last date to complete discovery: **March 9, 2016.**

2        c.     Last date to amend pleadings and add parties: **December 10, 2015.**

3        d.     Last date to file interim status report: **January 11, 2016.**

4        e.     Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **January 11, 2016.**

6        f.     Last date to disclose rebuttal experts: **February 8, 2016.**

7        g.     Last date to file dispositive motions: **April 8, 2016.**

8        h.     Last date to file joint pretrial order: **May 9, 2016.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., February 16, 2016,** and shall fully comply with the requirements of LR 26-4.

4. Defendant's Motion for Pro Se Litigant to File Electronically (Dkt. #53) is **GRANTED**.  He must comply with the following procedures in order to activate his CM/ECF account:

       a.     On or before **November 30, 2015**, Mr. Hakim must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

       b.     Mr. Hakim is not authorized to file electronically until his certification is filed with the court within the timeframe specified.

/ / /

c. Upon timely filing of the certification, Mr. Hakim shall contact Robert Johnson at the CM/ECF Help Desk

DATED this 29th day of October, 2015.

                                          PEGGY A. LEEN
                                        UNITED STATES MAGISTRATE JUDGE